GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KREITER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR 11-00931-1-CW
)
Plaintiff, ) **STIPULATION TO MODIFY**
) **PROBATION CONDITIONS**
vs. ) **[PROPOSED] ORDER**
)
LINDA KREITER, )
)
Defendant. )
_____ )

The parties hereby STIPULATE that the Probation Conditions in this case be modified such that the home detention condition and electronic location monitoring conditions (Special Conditions of Supervision Numbers 8 and 9) be TERMINATED. Ms. Kreiter has served approximately 10 out of the 12 months required by those conditions. She has not violated her Probation terms, and she has a number of commitments related to the health of a family member requiring that she leave home often.

...

...

1

The Probation Officer does not object to this modification.

Date 07/15/13          /s/
                       John Paul Reichmuth
                       Assistant Federal Public Defender
                       Counsel for defendant KREITER


Date 07/15/13          /s/
                       Wade Rhyne
                       Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
                                                                                                                                 Counsel for Defendant Kreiter

## ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that the home detention condition and electronic location monitoring conditions (Special Conditions of Supervision Numbers 8 and 9) be TERMINATED.

IT IS SO ORDERED.


7/22/2013                                              Claudia Wilken
Date                                                   HON. CLAUDIA WILKEN
                                                       CHIEF UNITED STATES DISTRICT JUDGE